IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-512-M-KS

| | |
|---|---|
| SHANELLE MORRIS-WILKINS, Executor & Beneficiary of Danny Wilkins Estate, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LARONNA BELL, | ) ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on Plaintiff's unopposed motion to strike certain filings. On December 31, 2024, Plaintiff filed a letter and discovery requests submitted to Defendant [DE ##28, 29]. By notice, the court informed Plaintiff that correspondence and discovery requests should be exchanged between the parties only and not filed with the court. (1/2/25 Notice.) In the motion presently before the court, Plaintiff asserts that she inadvertently filed the documents in contravention of this court's local rules and asks the court to strike or seal the filings.

For good cause shown and no objection having been filed, Plaintiff's motion [DE #33] is GRANTED. The clerk is directed to STRIKE the filings [DE ##28, 29].

This 15th day of April 2025.

KIMBERLY A. SWANK
United States Magistrate Judge